UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANETTE CASHE,
    Plaintiff,

v.                                                        Case No: 6:17-cv-00932-PGB-KRS

ENHANCED RECOVERY COMPANY, LLC,
    Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, JEANETTE CASHE, by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby gives notice to the Court that Plaintiff voluntarily dismisses her Complaint against the Defendant, ENHANCED RECOVERY COMPANY, LLC, **without prejudice.** The parties agree to bear their own fees and costs.

Date: **June 5, 2017**

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                    **BOSS LAW**

                                                            /s/ *Christopher W. Boss*
                                                            Christopher W. Boss, Esq.
                                                            Fla. Bar No.: 013183
                                                            9887 Fourth Street North, Suite 202
                                                            St. Petersburg, Florida 33702
                                                            Service Email: cpservice@protectyourfuture.com
                                                            Phone: (727) 471-0039
                                                           Fax: (888) 503-2182
                                                           **Attorney for Plaintiff**